STEVENSON, Respondent, v. JONES, Appellant. (Supreme Court, Appellate Division, Second Department. October 17, 1902.) Action by William C. Stevenson against Robert H. Jones. No opinion. Judgment of the municipal court affirmed, with costs.

STIMSON, Respondent, v. COWLES, Appellant. (Supreme Court, Appellate Division, Fourth Department. September 30, 1902.) Action by Edward P. Stimson against Harriet F. Cowles.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion to change place of trial granted, with $10 costs. Held, that within the provisions of section 982, Code Civ. Proc., the action should be tried in the county of Warren; that being the county wherein the real property covered by the assignment or transfer involved is situated.

In re STORM. (Supreme Court, Appellate Division, Second Department. October 17, 1902.) In the matter of the accounting of Edward Storm, as trustee under the third clause of the will of Margaret A. Brinkerhoff, deceased. Motion to dismiss appeal denied. Motion to bring in parties granted,—those persons mentioned in the moving paper who reside in the state of New York by personal service of the notice of appeal and notice of argument, and those residing in the state of Kansas by service of the notice of appeal and notice of argument by mail, together with a copy of the order of this court upon the present motion, at least 20 days before the term of court at which the appeal is to be brought on for hearing.

STOUTENBURGH, Respondent, v. BUSH CO., Limited, Appellant. (Supreme Court, Appellate Division, Second Department. October 10, 1902. Action by Arthur T. Stoutenburgh, as temporary receiver, etc., of Richard Gibbons, etc., against the Bush Company, Limited. No opinion. Order affirmed, with $10 costs and disbursements.

STRAIT v. LINDSAY et al. (Supreme Court, Appellate Division, Third Department. September 9, 1902.) Action by Celestia L. Strait against Walter E. Lindsay and others.

PER CURIAM. J. John Hassett is substituted as attorney for the plaintiff in this action, upon plaintiff's giving to Reynolds, Stanchfield & Collin a bond, with sufficient surety, in the penal sum of $1,000, conditioned for the payment to said Reynolds, Stanchfield & Collin of such sum as shall be found due to Reynolds, Stanchfield & Collin from said Strait for legal services, and for which they have a lien upon the papers in their hands. Said sum so due as aforesaid shall be determined by Hon. Samuel Edwards, who is hereby appointed a referee for such purpose. Said bond shall be approved by the Chemung county judge upon two days' notice to Reynolds, Stanchfield & Collin, and upon said approval the said Reynolds, Stanchfield & Collin shall deliver to said Hassett all papers in said case.

In re STRONG. (Supreme Court, Appellate Division, Second Department. October 10, 1902.) In the matter of the application of Selah B. Strong to lay out or alter a highway in the town of Brookhaven, and the assessment of damages therefor. No opinion. Order of the county court of Suffolk county confirmed.

SULLIVAN v. SOUTHARD. (Supreme Court, Appellate Division, First Department. October 24, 1902.) Action by Dennis Sullivan against Charles Southard. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

SUNSERI, Appellant, v. ERIE R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 17, 1902.) Action by Guiseppe Sunseri against the Erie Railroad Company. No opinion. Judgment and order affirmed, with costs.

THOMPSON v. THOMPSON. (Supreme Court, Appellate Division, Third Department. September 18, 1902.) Action by Mary A. Thompson against John R. Thompson. No opinion. Motion denied.

TOMNEY, Respondent, v. AMERICAN TELEPHONE & TELEGRAPH CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 7, 1902.) Action by Michael E. Tomney against the American Telephone & Telegraph Company.

PER CURIAM. Judgment affirmed, with costs.

HISCOCK, J., dissents.

In re TOWNSEND AVE. (Supreme Court, Appellate Division, First Department. November 21, 1902.) Proceedings to open Townsend avenue in New York City. Appeal from order denying motion to confirm report of commissioners of estimate and assessment. Order affirmed. John P. Dunn, for appellant. James A. Deering and John C. Shaw, for respondents.

PER CURIAM. This case involves the same question as was considered in Re Grant Ave. (decided herewith) 78 N. Y. Supp. 737, and for the reasons stated in the opinion in that case the order appealed from should be affirmed, with costs.

VAN BRUNT, P. J., dissents.